TYLER J. WATSON, ESQ.
Nevada Bar No. 11735
MICHAEL R. ESPOSITO, ESQ.
Nevada Bar No. 13482
KRAVITZ SCHNITZER JOHNSON & WATSON, CHTD.
8985 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 362-6666
Facsimile: (702) 362-2203
twatson@ksjattorneys.com
mesposito@ksjattorneys.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WESTERN MUTUAL INSURANCE COMPANY, a Wisconsin corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE DIAZ, an individual; DIEGO DIAZ, an individual; THEA MASSEY, an individual; DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-01254<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

COMES NOW, Plaintiff, WESTERN MUTUAL INSURANCE COMPANY, by and through its counsel of record, Tyler J. Watson, Esq. of KRAVITZ SCHNITZER JOHNSON & WATSON, CHTD., and Defendant, THEA MASSEY, by and through her counsel of record, Amber N. King, Esq. of BERNSTEIN & POISSON and hereby stipulate to dismiss all of Plaintiff's claims against Defendants in the above-referenced matter **with prejudice**.

/ / /

/ / /

1

Each party shall bear its own costs and attorneys' fees.

DATED this 1st day of December, 2022.                    DATED this 1st day of December, 2022.

**KRAVITZ SCHNITZER JOHNSON & WATSON, CHTD.**                    **BERNSTEIN & POISSON**

*/s/ Tyler J. Watson, Esq.*                    */s/ Amber N. King, Esq.*
TYLER J. WATSON, ESQ.                    AMBER N. KING, ESQ.
Nevada Bar No. 11735                    Nevada Bar No. 14070
8985 South Eastern Avenue, Ste. 200                    320 S. Jones Blvd.
Las Vegas, Nevada 89123                    Las Vegas, Nevada 89107
*Attorneys for Plaintiff*                    *Attorneys for Defendant Thea Massey*

**IT IS SO ORDERED.**

_____
**U.S. DISTRICT COURT JUDGE**
DATED: December 2, 2022

KRAVITZ SCHNITZER JOHNSON & WATSON, CHTD,
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666

2